# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Alfredo Marmolejo-Barrera | Case No. 1:11CR0349 - 001 AWI |

**FILED DEC 2 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Alfredo Marmolejo-Barrera__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to not associate or have verbal, written telephonic or electronic communication with any minor is modified, to allow the defendant to have contact with his 17 year-old son, Raymond Marmolejo.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Alfredo Marmolejo_ 12-2-11          _Montgomery L. Olson_ 12-2-11
Signature of Defendant   Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_          12/2/11
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_          12-2-11
Signature of Defense Counsel          Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __12-2-11__.
[ ] The above modification of conditions of release is *not* ordered.

_Sheila K. Oberto_          12-2-11
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services