DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO MARMOLEJO-BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00349 AWI-DLB |
|---|---|---|
| Plaintiff, | ) | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| ALFREDO MARMOLEJO-BARRERA, | ) | Date: April 23, 2012<br>Time: 1:00 p.m.<br>Judge: Hon. Dennis L. Beck |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 9, 2012, **may be continued to April 23, 2012 at 1:00 p.m.**

The reason for the continuance is based on unavailability of counsel and investigations. It is the intentions of the parties to set a motion schedule on that date. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 15, 2012          By:   /s/ *Jeremy R. Jehangiri*
                                     JEREMY R. JEHANGIRI
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 15, 2012          By:   /s/ *Ann H. Voris*
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Alfredo Marmolejo-Barrera

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   March 16, 2012**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE