DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO MARMOLEJO-BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00349 AWI-DLB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: May 14, 2012 |
| ALFREDO MARMOLEJO-BARRERA, | ) ) | Time: 1:00 p.m. Judge: Hon. Dennis L. Beck |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 23, 2012, **may be continued to May 14, 2012 at 1:00 p.m.**

The reason for the continuance is based on continued negotiations and resolution of the matter. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: April 19, 2012    By:   /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 19, 2012    By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Alfredo Marmolejo-Barrera

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 23, 2012 to, and including, May 14, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A). Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   **April 19, 2012**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE