DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO MARMOLEJO-BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00349 AWI-DLB |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION TO CONTINUE<br>) CHANGE OF PLEA HEARING; ORDER |
| v. | ) |
| ALFREDO MARMOLEJO-BARRERA, | ) |
| Defendant. | ) Date: May 14, 2012<br>) Time: 10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for April 23, 2012, **may be continued to May 14, 2012 at 10:00 a.m.** before Judge Anthony W. Ishii.

The reason for the continuance is based on continued negotiations and resolution of the matter. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                            BENJAMIN WAGNER
                                            United States Attorney

DATED: April 19, 2012                      By:   /s/ *Jeremy R. Jehangiri*
                                                            JEREMY R. JEHANGIRI
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: April 19, 2012                      By:   /s/ *Ann H. Voris*
                                                             ANN H. VORIS
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            Alfredo Marmolejo-Barrera

## **O R D E R**

IT IS SO ORDERED.

Dated: April 19, 2012                                                         
                                                         CHIEF UNITED STATES DISTRICT JUDGE